IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY CURTIS VILA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-CV-974-WKW |
| | ) [WO] |
| STEVE WADLINGTON, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 7.) There being no timely objection filed to the Recommendation (*see* Doc. # 8), and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED; and

2. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 1404.

DONE this 28th day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE